83,984-01

justices of appeals austin

Nov. 4th 2015

**This document contains some
pages that are of poor quality
at the time of imaging.**

Justices, Court of Criminal Appeals

Honorable Justices,

I'm writing in reguards to, My son Joseph Jones recently received forty-five years for delivery of a controlled substance, >1gm <4gms

of meth. I know what he done was illegal. Even tho set-up and encouraged by the police and a C.I. (confidential informent.) That's not why I am

contacting you. I have several concerns and questions. First my son's attorney told him it would go easier on him if he pled guilty, "GUILTY".

He was not a free attorney. He had no trial. His sentencing was done by a jury. It took less than one day, then to return with a sentencing of

forty-five years. I know it was enchanced by a prior conviction five years prior, possession uf a firearm. But during the sentencing,

my grand-daughter, the defendant's daughter told me that her mother-in-law was on the jury. Not just her mother-in-law but her sister's.

I brought this to (Richard Maddox) my son's attorney, he said already he knew. As Mrs. Ruth Ward brought it to the judge's attention.

He did not excuse her. Why not? Mrs. Ward told everyone outside the court room that she asked to be excused and the judge said no. She also stated

she would be willing to give a sworen statement to that effect. I recently received a complete copy of what the court recorder recorded. No where in it

is there any mention of Mrs. Ward speaking to the judge. Why not ? Why was Mrs. Ward allowed to continue to be on the jury ? Was that not

Misconduct of the court? Encouraging him to pled guilty. Is that not a violation of Loyalty to his client?By my son's attorney? My son should have

given the chance to face his accussor's.The ability to tell his side of the story. A trial unbiasis, this judge has gone public at one point with a

statement to the effect," before he steps down he would give a million years to drug offenders". I just want a fair and honest trial. The time to fit the crime.

My son has filed his own appeal. It is currently in Austin. I understand it requires

Page 1

a brief. I have no clue as to how. I live in California. I still owe

(my brother)from the first attorney. Will I require another ? Can I just send my concerns or requests.? Or does it have to be in a special format.?

I am 63. If my son has to do this outrageous amount of time, I'll be dead before he is released. His daughter has her first baby in twelve days. Can you help me ?

Or send me the right way ? I understand there is a time factor with an appeal. I've enclosed a copy of the court proceedings. (from start tp finish).

THe time should fit the crime. Please help him. Thank you for your time.

Offense date
10-10-2012
ARREST date
02-27-2013
COURT DATE
11-2013

If he was so bad, why did they wait, why wasn't he ARRESTED after the set-up?

Carolyn Smith
P.O.Bx. 248
23049 Sonoma
Hinkley, Ca. 92347
hm. 760-253-2727
cell 760-577-4356

Carolyn Smith
(Joe's mom)

Nov. 11 th, 2015

Current Information:

CR 12617

Joseph C. Jones

1933897

Joe F. Gurney UNIT

Palastine, Texas

75803

CR 12617

Volume One      Master Index
Volume Two      Jury Trial
Volume Three     Punishment Phase
Volume Four      Trial Exhibits

Concerns:

| Volume Two | | Volume Three |
|---|---|---|
| pages | Lines | PAGES |
| 8 | 21-25 | 4-80 |
| 13 | 1-5 | read what |
| 16 | 1-25 | really happen |
| 24 | 1-12 | |
| 25 | 13-18 | |
| 26 | 1-25 | |
| 29 | 28 | |
| 66 | 1-16 | |
| 67 | 22-25 | |
| 78 | 1-17 | |
| 84 | 23-25 | |
| 85 | 1-11 | |

